**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

VICTOR CAMARGO JUAREZ,

Plaintiff

v.

THE LAW FIRM OF MELISSA F. MACK & ASSOCIATES,

Defendant

Case No.: 3:26-cv-00662-MMD-CSD

**Order**

Plaintiff has filed a motion for leave to file documents under seal including a complaint for breach of contract and exhibits. (ECF No. 1-1.) Plaintiff did not pay the $405 filing fee (consisting of the $350 filing fee and $55 administrative fee) or submit an application to proceed *in forma pauperis*.

The Local Rules of Practice for the District of Nevada provide: "Any person who is unable to prepay the fees in a civil case may apply to the court for authority to proceed *in forma pauperis* (IFP). The application must be made on the form provided by the court and must include a financial affidavit disclosing the applicant's income, assets, and liabilities." LSR 1-1.

The Clerk shall **SEND** Plaintiff a copy of the instructions and application to proceed IFP for a non-prisoner. Plaintiff has **30 days** from the date of this Order to either file his completed IFP application or pay the full $405 filing fee. If Plaintiff fails to timely file a completed IFP application or pay the filing fee, the court will recommend dismissal of this action without prejudice. **IT IS SO ORDERED**.

Dated: September 2, 2026

Craig S. Denney
United States Magistrate Judge